UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANIEL F. DAVIS;

          Plaintiffs,

v.

CITY OF UTICA; UTICA POLICE DEPARTMENT; PO JOHN P. DETRAGLIA (SHIELD # 2337); PO DAVID DESENS; SGT. CHARLES GOLDSTEIN; PO KYLE PIERSALL (SHIELD # 6723); PO BRIAN BAYE, PO JOHN ABLE, PO SADO KORMAN, PO TYLER SHEPPARD, PO PATRICK WEST, PO BRIAN BANSNER, RO GRULLON, UNIDENTIFIED UTICA CITY POLICE OFFICERS,

          Defendants.

STIPULATION OF DISMISSAL

Civil. Act. No.

6:20-cv-1340 (MAD/ATB)

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is **discontinued and dismissed with prejudice**, each party to bear its own costs, including but not limited to attorneys fees. This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: ~~June~~ Feb 14, 2022

_____
Etan Harris, Esq.
*Attorney for Plaintiff*
Federal Bar Roll #702292
330 West 38th Street
Suite 305
New York, New York 10018

Dated: ~~June~~ July 14, 2022

_____
Zachary C. Oren, Esq.
First Assistant Corporation Counsel
*Attorney for Defendants*
Federal Bar Roll #603001CC
1 Kennedy Plaza
Utica, New York 13502

SO ORDERED:

_____
Honorable Mae A. D'Agostino, U.S. District Judge
U.S. District Court N.D.N.Y.

Date: July 18, 2022

2